# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IGOR ELMAN, | : | Case No. 3:18-CV-358 |
| Plaintiff | : | District Judge Walther H. Rice<br>Magistrate Judge Peter B. Silvain |
| vs. | : | |
| WRIGHT STATE UNIVERSITY, | : | **ORDER GRANTING PLAINTIFF'S** |
| Defendant. | : | **MOTION TO COMPEL** |

This matter came before the Court on July 22, 2021 for a telephonic hearing on Plaintiff's Motion to Compel (Doc. #28).  Having reviewed the filings and heard the arguments of counsel, the Court finds the Motion well-taken and it is hereby GRANTED as follows:

1. Defendant shall, by no later than August 23, 2021, provide Plaintiff with all documents described in Document Requests 1, 2, 3, 6, 7, 8, 9, and 10.

2. The documents shall be produced as they are kept in the usual course of business or organized and labeled to correspond to the categories in the request, in accordance with Federal Rule of Civil Procedure 34.

3. If a requested document does not exist, Defendant shall unequivocally so state.

4. If a requested document does not exist because it has been lost, destroyed, or otherwise not preserved, Defendant shall describe the document retention policy related to such document and explain why it was not preserved.

5. Plaintiff shall provide the Court with a status report on or before August 25, 2021.

IT IS SO ORDERED.

August 9, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge