# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IGOR ELMAN, | : | Case No. 3:18-cv-358 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WRIGHT STATE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Continuance. (Doc. #103). For good cause, shown, the motion (Doc. #103) is **GRANTED**. The discovery teleconference previously scheduled before the undersigned for November 2, 2023 is hereby **VACATED** and **RESET** to **November 30, 2023 at 10:00 a.m.**[1] Additionally, the parties shall email a comprehensive discovery status update to Silvain_chambers@ohsd.uscourts.gov on or before **November 20, 2023**.

**IT IS SO ORDERED**.

October 20, 2023                          *s/Peter B. Silvain, Jr.*
                                          Peter B. Silvain, Jr.
                                          United States Magistrate Judge

---

[1] TELECONFERENCE INSTRUCTIONS: Please call 888-363-4735. The access code is 6287286. The security code is 123456. If you have any questions, please call Chambers at 937-512-1620.