# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IGOR ELMAN, | : | Case No. 3:18-cv-358 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WRIGHT STATE UNIVERSITY, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for two informal discovery teleconferences regarding Plaintiff's third, sixth, and seventh sets of discovery requests and Defendant's privilege log. As to the privilege log, Defendant shall: (1) provide updated descriptions in its privilege log within 60 days; and (2) review Plaintiff's objections to the three contested emails in its privilege log (Doc. #106-1, *PageID* #s 2998-99) and notify Plaintiff within 14 days whether Defendant is maintaining that the emails are privileged or produce the emails to Plaintiff.

With regard to Request for Production of Documents #4 in Plaintiff's third discovery set, Plaintiff shall rephrase his request within 14 days. Upon receipt of Plaintiff's rephrased request, Defendant shall respond within 30 days.

Defendant shall provide updated responses to the remaining requests set forth in Plaintiff's third, sixth, and seventh discovery sets as discussed during the teleconferences within 14 days.

**IT IS SO ORDERED.**

December 5, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge