IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IGOR ELMAN, | : | |
| Plaintiff, | | Case No. 3:18-cv-358 |
| v. | : | Judge Walter H. Rice |
| WRIGHT STATE UNIV., | | |
| Defendant. | : | |

---

ORDER SUSTAINING PLAINTIFF IGOR ELMAN'S SECOND FEE APPLICATION (DOC. #116); DEFENDANT WRIGHT STATE UNIVERSITY SHALL REMIT $32,915.90 TO PLAINTIFF'S COUNSEL WITHIN THIRTY (30) DAYS OF THIS ORDER

---

Before the Court is Plaintiff Igor Elman's Second Fee Application (Doc. #116). On January 18, 2024, this Court, in sustaining Plaintiff's Second Motion for Sanctions, ordered that: "To the extent any costs and attorney fees incurred by Plaintiff relating to filing and litigating the [Second] Motion for Sanctions are not covered by the Motion for Attorney Fees filed November 14, 2023, those remaining costs and fees shall be taxed against Defendant" Wright State University. (Decision and Entry, Doc. #111, PAGEID 3127). Plaintiff filed the instant Application on March 7, 2024, claiming $32,915.90 in fees and costs. (Doc. #116, PAGEID 3150). The Application was supported by a list of time entries and receipts for expenses, along with a declaration by Plaintiff's lead

attorney, Craig T. Matthews, explaining his hourly rate and the work he performed. (Transaction Report, Doc. #116-1; C. Matthews Decl., Doc. #116-2).[1] Defendant did not file a memorandum *contra*, and the time for doing so has expired. S.D. OHIO CIV. R. 7.2(a)(2).

Noting no opposition and finding good cause shown, the Court SUSTAINS Plaintiff's Second Fee Application. Defendant shall remit thirty-two thousand nine hundred fifteen dollars and ninety cents ($32,915.90) to Plaintiff within thirty (30) days of this Entry.

IT IS SO ORDERED.

April 1, 2024

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] A review of the supporting materials shows that Plaintiff's counsel incurred $33,005.90 in attorney fees and $948.35 in court reporter costs, for a total of $33,954.25. (Doc. #116-1). However, the Court presumes that the amount stated in the Application proper, $32,915.90, is the amount being sought by Plaintiff.

2