# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IGOR ELMAN, | : | CASE NO. 3:18-CV-0358 |
| | | Judge Walter H. Rice |
| Plaintiff | : | Magistrate Judge Peter B. Silvain |
| vs. | : | |
| WRIGHT STATE UNIVERSITY, | : | |
| | | **PLAINTIFF'S NOTICE REGARDING** |
| Defendant. | : | **MAGISTRATE JUDGE** |
| | : | |
| | : | |

Pursuant to the Amended Pretrial Preliminary Conference Order filed June 4, 2024 (Doc. #125), Plaintiff hereby notices the court that Plaintiff does not consent to a magistrate judge for trial purposes.

Respectfully submitted,

Craig T. Matthews and Associates,
*A Legal Professional Association*

/s/ Craig T. Matthews
_____
Craig T. Matthews (0029215)
320 Regency Ridge Drive
Centerville, Ohio 45459
Telephone: (937) 434-9393
Facsimile: (937) 434-9398
Email: cmatthews@ctmlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Craig T. Matthews
_____
Craig T. Matthews
Attorney for Plaintiff