# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IGOR ELMAN, | : | CASE NO. 3:18-CV-0358 |
| Plaintiff | | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Peter B. Silvain |
| WRIGHT STATE UNIVERSITY, | | |
| Defendant. | : | |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Pursuant to the Court's Order entered December 5, 2024 (Doc. #158), Plaintiff notices the Court that all materials Plaintiff provided to Plaintiff's economic expert, Dr. George Jouganatos, have been provided to Defendant's counsel.

Dated this 11th day of December, 2024.

Respectfully submitted,

Craig T. Matthews and Associates,
*A Legal Professional Association*

/s/ Craig T. Matthews
_____
Craig T. Matthews (0029215)
Stephen Harkleroad (0090847)
320 Regency Ridge Drive
Centerville, Ohio 45459
Telephone: (937) 434-9393
Facsimile: (937) 434-9398
Email: cmatthews@ctmlaw.com
    sharkleroad@ctmlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Craig T. Matthews
_____
Craig T. Matthews (0029215)
Attorney for Plaintiff