IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IGOR ELMAN, | : | CASE NO. 3:18-CV-0358 |
| Plaintiff | | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Peter B. Silvain |
| WRIGHT STATE UNIVERSITY, | | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPT AND EXHIBITS**

Plaintiff, Igor Elman, gives notice of filing of the deposition transcript of Julie Patrice Gentile, M.D., and related exhibits dated December 5, 2024, in support of Plaintiff's Motion to Supplement Plaintiff's Motion to Expand Sanctions (Doc.128) concerning Dr. Julie Gentile.

1

Respectfully submitted,

Craig T. Matthews and Associates,
*A Legal Professional Association*


/s/ Craig T. Matthews
_____
Craig T. Matthews (0029215)
Stephen Harkleroad (0090847)
320 Regency Ridge Drive
Centerville, Ohio 45459
Telephone: (937) 434-9393
Facsimile: (937) 434-9398
Email: cmatthews@ctmlaw.com
       sharkleroad@ctmlaw.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


/s/ Craig T. Matthews
_____
Craig T. Matthews (0029215)
Attorney for Plaintiff